# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | | HON. PETER G. SHERIDAN |
| | : | CRIMINAL NO.: CR-10-870(PGS) |
| v. | : | |
| TROY MCDONALD | : | MODIFYING CONDITIONS OF RELEASE |
| | : | |

This matter having been brought before the Court on the application of David R. Oakley, attorney for defendant Troy McDonald, for an Order modifying the conditions of defendant's Pre-Trial release; and the United States Attorney, through Assistant United States Attorney Kathleen P. O'Leary, having consented to this modification; and United States Pre-Trial Services, through United State Pre-Trial Officer Mertice Evans, having consented; and for good cause shown;

IT IS ON _____ DAY OF **MARCH**, **ORDERED**: defendant Troy McDonald is permitted to travel outside the State of New Jersey to the States of New York and Pennsylvania for purposes of securing and maintaining employment.

**IT IS FURTHER ORDERED** that all other conditions of release remain in effect.

_____
**HON. PETER G. SHERIDAN**